JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUILD GROUP, INC., et al., <br>     Plaintiffs, <br><br> v. <br><br> N.R. WINDOWS, INC., et al., <br>     Defendants. | 21-8686 DSF (JEMx) <br><br> JUDGMENT |

The Court having granted Defendants N.R. Windows, Inc. and N.R. Group, Inc.'s Motion to Dismiss Plaintiffs Glas, Inc., Build Group, Inc., and Build Group Construction Company, Inc.'s Complaint on *forum non conveniens* grounds,

IT IS ORDERED AND ADJUDGED that Plaintiffs take nothing and that the action be dismissed without prejudice.

Date: February 17, 2022

*[signature]*

Dale S. Fischer
United States District Judge